**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LENZY BUTLER,**

        **Plaintiff,**

        **-vs-**                                                     No. 06-CV-038-DRH-DGW

**ROGER E. WALKER, et al.,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

        **DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson,

        **IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 20 2009, the report is **ADOPTED** in its entirety and plaintiff's petition is **DISMISSED WITH PREJUDICE** for failure to prosecute.

                                                      **JUSTINE FLANAGAN, ACTING CLERK**
                                                      **OF COURT**

March 20, 2009                                          BY: s/Robin Butler
                                                                  Deputy Clerk

APPROVED: /s/ David R Herndon
                   **CHIEF JUDGE**
                   **U.S. DISTRICT COURT**